UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY D. ARMSTEAD,

                 Plaintiff,

-against-

P.O. DANIEL SARASY, Tax # 943784,
Command 103rd, Shield # 26787; LT. JOHN
DOE; LT. JOHN DOE; P.O. JOHN DOE;
SGT. JACK; P.O. JOHN DOE,

                 Defendant.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ NOV 08 2011
BROOKLYN OFFICE

**ORDER**
11-cv-5021(ENV)(JMA)

**VITALIANO, D.J.**

    Plaintiff, currently incarcerated at Rikers Island, filed this pro se action under 42 U.S.C. § 1983 against several New York City police officers.[1] By Order dated October 13, 2011, the action was transferred to this Court from the United States District Court for the Southern District of New York. Plaintiff's submission, however, did not include the Prisoner Authorization Form, which is required to effectuate the payment of fees mandated by the Prison Litigation Reform Act. See 28 U.S.C. § 1915(b). By letter dated October 18, 2011, plaintiff was provided with the proper form and instructed that in order to proceed, he must return the completed Prisoner Authorization Form within 14 days of the date on the letter. Plaintiff did not respond to the Court's letter. Accordingly, the action is dismissed without prejudice.

    **SO ORDERED**.

Dated: Brooklyn, New York
November 4, 2011

ERIC N. VITALIANO
United States District Judge

---

[1] Plaintiff included his minor children in the caption of the original complaint. Plaintiff, proceeding pro se, cannot represent his minor children. Cheung v. Youth Orchestra Found. of Buffalo, Inc., 906 F.2d 59, 61-2 (2d Cir. 1990). Any claims brought on the children's behalf are dismissed without prejudice.