FILED
US DISTRICT COURT
★ NOV 09 2011
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY D. ARMSTEAD,

                            Plaintiff,

-against-

P.O. DANIEL SARASY, Tax #943784,
Command 103rd, Shield # 26787; LT. JOHN
DOE; LT. JOHN DOE; P.O. JOHN DOE;
SGT. JACK; P.O. JOHN DOE,

                            Defendants.
------------------------------------------------------------------X

JUDGMENT
11-CV- 5021 (ENV)

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on November 8, 2011, dismissing the action without prejudice; it is

      ORDERED and ADJUDGED that the action is dismissed without prejudice.

Dated: Brooklyn, New York
       November 08, 2011

                                                  DOUGLAS C. PALMER
                                                  Clerk of Court