FILED
IN CLERK'S OFFICE
US DISTRICT COURT

★ NOV 09 2011

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY D. ARMSTEAD,　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　11-CV- 5021 (ENV)
　　　　　　　　　　Plaintiff,

　　-against-


P.O. DANIEL SARASY, Tax #943784,
Command 103rd, Shield # 26787; LT. JOHN
DOE; LT. JOHN DOE; P.O. JOHN DOE;
SGT. JACK; P.O. JOHN DOE,


　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

　　　　An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on November 8, 2011, dismissing the action without prejudice; it is

　　　　ORDERED and ADJUDGED that the action is dismissed without prejudice.


Dated: Brooklyn, New York
　　　　November 08, 2011

　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court